UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KALSHIEX, LLC,

    Plaintiff - Appellant,

 v.

KIRK D. HENDRICK; et al.,

    Defendants - Appellees,

NEVADA RESORT ASSOCIATION,

    Intervenor-Defendant - Appellee.

No. 25-7516

D.C. No. 2:25-cv-00575-APG-BNW
District of Nevada,
Las Vegas

ORDER

KalshiEX, LLC's Emergency Motion Under Circuit Rule 27-3 for an Administrative Stay, filed February 11, 2026, is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT