# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KALSHIEX, LLC, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> MIKE DREITZER; GEORGE ASSAD; CHANDENI K. SENDALL, Deputy City Attorney; NEVADA GAMING CONTROL BOARD; JENNIFER TOGLIATTI; ROSA SOLIS-RAINEY; BRIAN KROLICKI; GEORGE MARKANTONIS; ABBI SILVER; AARON D. FORD; NEVADA GAMING COMMISSION, <br><br> Defendants-Appellees, <br><br> NEVADA RESORT ASSOCIATION, <br><br> Intervenor-Defendant-Appellee. | Case. No. 25-7516 <br> Dist. Ct. No. 2:25-cv-575 <br> (D. Nev.) <br><br> **NOTICE OF SUBSTITUTION OF DEFENDANT-APPELLEE** |

NOTICE IS HEREBY GIVEN that Mike Dreitzer has replaced Defendant-Appellee Kirk D. Hendrick as Chairman of the Nevada Gaming Control Board. Accordingly, pursuant to Federal Rule of

/ / /

/ / /

1

Appellate Procedure 43(c)(2), Mike Dreitzer should be "automatically substituted" in his official capacity for Defendant-Appellee Kirk D. Hendrick in this case.

| | |
|---|---|
| Dated: February 26, 2026 | Respectfully submitted,<br>Aaron D. Ford<br>Attorney General of Nevada |
| Nicole A. Saharsky<br>Minh Nguyen-Dang<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3220 | /s/ *Jessica E. Whelan*<br>Jessica E. Whelan<br>  Chief Deputy Solicitor General—<br>  Litigation<br>Sabrena K. Clinton<br>  Senior Deputy Attorney General |
| Rory Schneider<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500 | Abigail L. Pace<br>  Deputy Attorney General<br>State of Nevada,<br>  Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119 |
| Preston R. Michelson<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600 | jwhelan@ag.nv.gov<br>sclinton@ag.nv.gov<br>apace@ag.nv.gov<br>(702) 486-3420 |

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 26, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

| | |
|---|---|
| Grant R. Mainland, Esq.<br>Andrew L. Porter, Esq.<br>Katrin Cassidy-Ginsberg, Esq.<br>Nicole Valente, Esq.<br>Millbank LLP<br>55 Hudson Yards,<br>New York, NY 10001<br><br>*Attorneys for Defendant KalshiEX, LLC* | Paul C. Williams, Esq.<br>Dennis L. Kennedy, Esq.<br>Bailey Kennedy<br>8984 Spanish Ridge Ave<br>Las Vegas, NV 8914<br><br>*Attorneys for Defendant KalshiEX, LLC* |

                                                */s/ J. Beesley*
                                        AG Legal Secretary, an employee of the Office of the Nevada Attorney General