

May 13, 2026

**Via ACMS**

Ms. Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94119-3939

> **Re:** **Response of Appellee Nevada Resort Association (NRA) to Supplemental-Authorities Letter in Nos. 25-7187, 25-7516, and 25-7831 concerning *KalshiEX, LLC v. Johnson*, 2026 WL 1223373 (D. Ariz. May 5, 2026) ("Op.")**

Dear Ms. Dwyer:

Kalshi invokes the *Johnson* court's "swaps" analysis, but that analysis relies on a flawed comparison of Kalshi's sports bets to weather swaps. Op. at *5.

*First*, the CEA includes "weather swap[s]" within the definition of "swap" in 7 U.S.C. § 1a(47)(A)(iii) but does not have a similar provision regarding sports bets. Congress's express authorization of one class of swaps whose underlyings purportedly "have no intrinsic financial value," Op. at *5, does not mean that courts may add to the list. *See KalshiEx LLC v. Hendrick*, 2025 WL 3286282, at *7 n.2 (D. Nev. Nov. 24, 2025) (distinguishing weather swaps).

*Second*, weather swaps fall under section 1a(47)(A)(iii), which defines "swap" differently than section 1a(47)(A)(ii), the provision invoked by Plaintiffs. Thus, even if sports bets "work the same way" as weather swaps, Op. at *5, which is a stretch, that does not show that they satisfy section 1a(47)(A)(ii)'s separate requirements. *See KalshiEx, LLC v. Schuler*, 2026 WL 657004, at *5-6 (S.D. Ohio Mar. 9, 2026).

*Third*, *Johnson* failed to recognize that parlay and proposition bets are unlike weather swaps because *no one* faces economic risk—downstream or otherwise—on the outcome of a 30-game parlay[1] or the number of corner kicks in a soccer match.[2] NRA Crypto.com Br. 29-30, 37-38 (providing examples). It is irrelevant that "a ski resort" may seek to hedge against unfavorable

---

[1] Dustin Gouker, *Kalshi Was Promoting a 30-Leg Parlay to Users on Tuesday*, Event Horizon (Apr. 1, 2026), https://nexteventhorizon.substack.com/p/kalshi-was-promoting-a-30-leg-parlay.

[2] Kalshi, *Bayern Munich vs PSG: Total Corners* (accessed May 11, 2026), https://kalshi.com/markets/kxuclcorners/ucl-corners/kxuclcorners-26may06bmupsg.

**mcdonaldcarano.com**

100 West Liberty Street • Tenth Floor • Reno, Nevada 90501 • **P**: 775.788.2000
2300 West Sahara Avenue • Suite 1200 • Las Vegas, Nevada 89102 • **P**: 702.873.4100



MERITAS®
LAW FIRMS WORLDWIDE



weather, Op. at *5, because Plaintiffs' parlays and entertainment offerings cannot serve the same hedging function.

This is a critically important point: Parlays and proposition bets represent a substantial proportion of Plaintiffs' trading volume,[3] and Plaintiffs seek preemption for *all* the bets they offer. But Plaintiffs offer no argument that parlays or proposition bets meet section 1a(47)(A)(ii)'s economic-consequences test. That gaping hole in Plaintiffs' arguments forecloses their sweeping claims for preliminary injunctive relief.

Respectfully submitted,

*/s/ Adam Hosmer-Henner*

Adam Hosmer-Henner

*Counsel for Intervenor-Defendant-Appellee Nevada Resort Association*

cc:    Counsel of Record (via ACMS)

---

[3] Parker Loverich, *Kalshi Just Hit a Record $14.8 Billion in April and Parlays Are Why*, Sports Illustrated (May 7, 2026), https://www.si.com/betting/prediction-market/news/kalshi-just-hit-a-record-14-8-billion-in-april-and-parlays-are-why.