UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KALSHIEX, LLC,

Plaintiff - Appellant,

v.

GEORGE ASSAD; et al.,

Defendants - Appellees,

NEVADA RESORT ASSOCIATION,

Intervenor-Defendant - Appellee.

No. 25-7516

D.C. No.
2:25-cv-00575-APG-BNW

District of Nevada,
Las Vegas

Before: R. NELSON, BADE, and LEE, Circuit Judges.

The panel unanimously votes to **DENY** the petition for rehearing and petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing and the petition for rehearing en banc are denied.